# STATE OF LOUISIANA
## COURT OF APPEAL, FIRST CIRCUIT

VINCENT FORTADO

NO. 2019 CW 1666

VERSUS

LIVINGSTON PARISH SCHOOL BOARD,
RICK WENTZEL, INDIVIDUALLY AND
IN HIS OFFICIAL CAPACITY

APR 2 8 2020

---

In Re: Livingston Parish School Board and Rick Wentzel, applying for supervisory writs, 21st Judicial District Court, Parish of Livingston, No. 161,988

---

**BEFORE: HIGGINBOTHAM, PENZATO, AND LANIER, JJ.**

**WRIT DENIED.**

**TMH**
**AHP**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT